# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00023-CV

### In re Ronald A. Green, M.D.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ronald A. Green, M.D. filed a petition for writ of mandamus directed to Michael Arambula, M.D., Pharm. D., the President of the Texas Medical Board. However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b). The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed: February 4, 2015